# IN THE SUPREME COURT OF TEXAS

═══════════

NO. 15-1008

═══════════

CITY OF RICHARDSON, TEXAS, PETITIONER,

v.

ONCOR ELECTRIC DELIVERY COMPANY LLC, RESPONDENT

═══════════════════════════════════════════════

ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS

═══════════════════════════════════════════════

### JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record, briefs, and counsel's argument, concludes that the court of appeals' judgment should be reversed and the trial court's judgment should be reinstated.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) Judgment is rendered that the trial court's judgment is reinstated; and

3) The City of Richardson shall recover, and Oncor Electric Delivery Company LLC shall pay, the costs incurred in this Court and in the Court of appeals.

Copies of this Court's judgment and opinion are certified to the Court of Appeals for the Fifth District and to the 134th District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered by Justice Green.

Justice Blacklock did not participate in the decision.

February 2, 2017

\*\*\*\*\*\*\*\*\*\*